UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  CHRISTINE COSGROVE

_____

CHRISTINE COSGROVE,

        Appellant,

v.                                 Case No: 2:20-cv-988-SPC

ROBERT E. TARDIF, JR.,

        Appellee.
_____/

## **ORDER**[1]

Before the Court is Appellant Christine Cosgrove and Appellee Robert E. Tardif, Jr., Chapter 7 Trustee's Stipulation to Dismiss Appeal.  (Doc. 10).  The parties advise that they agree and stipulate to the dismissal of the instant appeal.

Accordingly, it is now

**ORDERED:**

(1) The above-captioned appeal is **DISMISSED**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

(2) The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on April 19, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record